FILED
CLERK, U.S. DISTRICT COURT

JUL 31 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT MEZA, <br><br> Petitioner, <br><br> v. <br><br> D. DEXTER, Warden, <br><br> Respondent. | NO. ED CV 08-129-VBF(E) <br><br> ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered denying and dismissing the Petition without prejudice.

///
///
///
///

1  IT IS FURTHER ORDERED that the Clerk serve copies of this
2  Order, the Magistrate Judge's Report and Recommendation and the
3  Judgment herein by United States mail on Petitioner and counsel for
4  Respondent.

6  LET JUDGMENT BE ENTERED ACCORDINGLY.

8  DATED: _____July 29_____, 2008.

          _____
          VALERIE BAKER FAIRBANK
          UNITED STATES DISTRICT JUDGE

2

```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     CENTRAL DISTRICT OF CALIFORNIA
10
11   ROBERT MEZA,                   )   NO. ED CV 08-129-VBF(E)
                                    )
12              Petitioner,         )
                                    )
13        v.                        )   REPORT AND RECOMMENDATION OF
                                    )
14   D. DEXTER, Warden,             )   UNITED STATES MAGISTRATE JUDGE
                                    )
15              Respondent.         )
     _____ )
16
17
18        This Report and Recommendation is submitted to the Honorable
19   Valerie Baker Fairbank, United States District Judge, pursuant to
20   28 U.S.C. § 636 and General Order 05-07 of the United States District
21   Court for the Central District of California.
22
23                              PROCEEDINGS
24
25        Petitioner filed a "Petition for Writ of Habeas Corpus by a
26   Person in State Custody" on January 31, 2008.  Respondent filed a
27   Motion to Dismiss on May 14, 2008.
28   ///
```

1  The Magistrate Judge ordered that Petitioner file opposition
2  to the Motion to Dismiss within thirty days of May 14, 2008. The
3  Magistrate Judge cautioned: "Failure to file timely opposition to
4  the motion may result in the denial and dismissal of the Petition."
5  Petitioner failed to file an opposition within the allotted time.

**DISCUSSION**

9  The Petition should be denied and dismissed without prejudice
10 for failure to prosecute. Petitioner has failed to file timely
11 opposition to a potentially dispositive motion, despite a Court Order
12 that Petitioner do so. The Court has inherent power to achieve the
13 orderly and expeditious disposition of cases by dismissing actions
14 for failure to prosecute. Link v. Wabash R.R., 370 U.S. 626, 629-30
15 (1962); see Fed. R. Civ. P. 41(b).

**RECOMMENDATION**

19 For all of the foregoing reasons, IT IS RECOMMENDED that the
20 Court issue an Order: (1) approving and adopting this Report
21 and Recommendation; and (2) directing that Judgment be entered
22 denying and dismissing the Petition without prejudice.

24 DATED: June 23, 2008.

_____/s/_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

2

**NOTICE**

Reports and Recommendations are not appealable to the Court of Appeals, but may be subject to the right of any party to file objections as provided in the Local Rules Governing the Duties of Magistrate Judges and review by the District Judge whose initials appear in the docket number. No notice of appeal pursuant to the Federal Rules of Appellate Procedure should be filed until entry of the judgment of the District Court.