FILED
CLERK, U.S. DISTRICT COURT
JUL 31 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MEZA, | NO. ED CV 08-129-VBF(E) |
| Petitioner, | |
| v. | JUDGMENT |
| D. DEXTER, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: July 29, 2008.

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE